**FILED**

MAY **2 7** 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT    **SUPPRESSED**
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,              )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    **4:26CR254-MAL/JSD**
                                        )
                                        )
ARON SUAREZ-RUIZ,                       )
JOSE ANTONIO ALVAREZ-RAYA,              )
DANIEL BARRERAS-MAGALLANES,             )
        and                             )
FRANCISCO AGUILAR-ORTIZ,                )
                                        )
        Defendants.                     )

## INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, unless otherwise specified below:

### COUNT 1
### Conspiracy to Commit Wire Fraud (18 U.S.C. § 1349)

### Introduction

1.    National retailer H.D. accepts returns of hot water heaters that are still under the manufacturer's warranty. A customer seeking to return a hot water heater must provide identification, such as a driver's license. H.D. processes those returns by scanning the serial number label on the hot water heater and entering the identification number from the customer's driver's license. H.D. then provides an H.D. gift certificate to the customer reflecting the value of the returned hot water heater. H.D. subsequently seeks reimbursement from the hot water heater manufacturer for the amount of the gift certificate.

2.    The scanning of the serial number label and the issuance of the gift certificate are

1

accomplished by means of wire transmission through H.D.'s servers, located in Georgia, South Carolina, Iowa and Virginia.

## The Conspiracy

3.      Beginning at least as early as March 2026, and continuing through at least on or about May 18, 2026, in the Eastern District of Missouri and elsewhere, the defendants,

**ARON SUAREZ-RUIZ,
JOSE ANTONIO ALVAREZ-RAYA,
DANIEL BARRERAS-MAGALLANES,**
and
**FRANCISCO AGUILAR-ORTIZ,**

voluntarily and intentionally conspired, combined, and agreed with each other and others, known and unknown to the Grand Jury, to commit the following offense against the United States:

(a)      Having devised and intended to devise a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses and representations and for the purpose of executing such scheme, and attempting to do so, did knowingly cause and attempt to cause to be transmitted by means of wire communication in interstate commerce, writings, signs, and signals in the form of interstate electronic communications, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

## Purpose of the Conspiracy

4.      The primary purpose of the scheme and conspiracy was for conspirators known and unknown to the Grand Jury, including the defendants, to return used hot water heaters to retailer H.D. using counterfeit serial number labels in exchange for H.D. gift certificates, which the conspirators then used to buy power tools from H.D.

2

**Manner and Means**

5.      The scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and the conspiracy to commit wire fraud were carried out by the conspirators in the following manner:

6.      Conspirators obtained used hot water heaters in California and then loaded them onto rented trucks. These used hot water heaters had expired warranties, and thus, were not eligible for a manufacturer refund. Conspirators created counterfeit labels reflecting serial numbers other than those genuinely assigned to the used hot water heaters. Conspirators transported the used, fraudulently labeled hot water heaters to store locations of the retailer, H.D., throughout the United States, and returned them in exchange for H.D. gift certificates.

7.      Using this method, conspirators obtained H.D. gift certificates totaling over $1.7 million.

**Fraudulent Returns in the Eastern District of Missouri**

8.      Defendant Aron Suarez-Ruiz ("Suarez-Ruiz") and Defendant Jose Antonio Alvarez-Raya ("Alvarez-Raya") travelled from Ontario, California in a rented box truck loaded with more than 20 used hot water heaters. Suarez-Ruiz and Alvarez-Raya each possessed multiple counterfeit driver's licenses reflecting their names and photographs, but with different license numbers. Suarez-Ruiz and Alvarez-Raya also possessed multiple counterfeit hot water heater serial number labels.

9.      On or about May 14, 2026, in the Eastern District of Missouri, Alvarez-Raya and Suarez-Ruiz returned hot water heaters labelled with counterfeit serial numbers at H.D. stores in Wentzville, MO, Cottleville, MO St. Charles City, MO, St. Louis County, MO and Arnold, MO and received H.D. gift certificates in the amount of the refunds.

10.     On or about May 15, 2026, Defendant Daniel Barreras-Magallane met with

3

Defendant Francisco Aguillar-Ortiz in California and then travelled to the Eastern District of Missouri in a U-Haul truck loaded with used hot water heaters labelled with counterfeit serial numbers. On or about May 18, 2026, Barreras-Magallane and Aguillar-Ortiz returned two used hot water heaters at an H.D. store in Wentzville, MO, and received H.D. gift certificates totaling $1,661.41.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1343, or conspiracy to commit such offense, as set forth in Count 1, the Defendant(s) shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

2. Subject to forfeiture is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

3. If any of the property described above, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without

difficulty,

4

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney

5